Kevin CLOSKY, Respondent,

v.

US AIRWAYS, INC., Petitioner.

Supreme Court of Pennsylvania.

Dec. 6, 2001.

### ORDER

PER CURIAM.

**AND NOW,** this 6th day of December, we **GRANT** the Petition for Allowance of Appeal and we **VACATE** the Order of the Superior Court. We direct the Superior Court to reconsider its decision based on the standard this Court set forth in *Davis v. Mullen,* 565 Pa. 386, 773 A.2d 764 (2001), specifically "that a jury's award of medical expenses without compensation for pain and suffering should not be disturbed where the trial court had a reasonable basis to believe that: (1) the jury did not believe the plaintiff suffered any pain and suffering; or (2) that a preexisting condition or injury was the sole cause of the alleged pain and suffering." *Id.* at 767.

We further direct the Superior Court to address the issue raised in the cross-appeal docketed at 1000 WDA 2000 if appropriate.